[No. 24106–1–I.   Division One.   April 16, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. P. HUCK, *Petitioner.*

Appeal from a judgment of the Superior Court for San Juan County, No. 88–1–05033–1, Alan R. Hancock, J., entered April 10, 1989. *Reversed* by unpublished per curiam opinion.

[No. 25038–8–I.   Division One.   April 16, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JULIUS HODGES, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–04991–9, Susan R. Agid, J., entered September 28, 1989. *Reversed* by unpublished per curiam opinion.

[No. 24665–8–I.   Division One.   April 16, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLEN HULTKRANTZ, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–05010–2, Charles V. Johnson, J., entered June 19, 1989. *Reversed* by unpublished per curiam opinion.